DANIEL S. DONOVAN, Survivor, etc., Respondent, *v.* CYRUS L. WOODRUFF, Appellant.

(Argued December 3, 1875; decided December 14, 1875.)

DECIDED on the facts of the case.

*M. Schoonmaker* and *W. S. Paddock* for the appellant.

*John E. Van Etten* for the respondent.

EARL, J., reads for reversal of order granting new trial, and affirmance of judgment of nonsuit at Circuit.
All concur; MILLER, J., not sitting.
Order reversed and judgment accordingly.